IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| CESAR PASTRANA-ARANA, | ) | ORDER ON ORAL MOTION TO |
| | ) | RESCHEDULE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the oral motion by defense counsel to reschedule sentencing hearing, document 25, is granted;

2. the sentencing hearing shall commence at 2:00 p.m. on July 24, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated July 18, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge